

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2018

No. 04-17-00810-CV

**CODY, TEXAS, L.P.,**
Appellant

v.

**BPL EXPLORATION, LTD.,**
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 8,665
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

     The clerk's record in this appeal was due January 16, 2018. Zapata County District Clerk has filed a notification of late record, requesting an extension of time until March 2, 2018 to file the record. We grant the motion in part and order the record due **February 15, 2018**.

_____
Luz Elena D. Chapa, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court